|  |  |
|---|---|
| **To:** | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer |
| **Subject:** | **Eugenie Moyhe N'Dri Zie**<br>Case Number: 0419 3:13CR00032- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 5/7/2018 |

FILED
CHARLOTTE, NC

MAY 16 2018

US District Court
Western District of NC



**NORTH CAROLINA WESTERN
MEMORANDUM**

---

Ms. Moye Eugenie N'Dri-Zie appeared before Your Honor on May 21, 2014, for Harboring an Alien in violation of 8:1324 (a) (1)(A)(iii) in the Western District of North Carolina and was sentenced to five (5) years' probation. Ms. Zie is currently being supervised by the Middle District of North Carolina. Jurisdiction remains with the Western District of North Carolina.

Ms. Zie has requested to travel to Abidjan, Ivory Coast, West Africa, for the purpose of attending her brother's wedding. Ms. Zie will leave on June 24, 2018, and will return on June 31, 2018. She will be staying with her brother at 2154 Sogefia #3, Abidjan, Ivory Coast, West Africa. She will be traveling by Air-France on Ethiopia Airline.

Ms. Zie is on low- intensity caseload, according to her supervising officer, she has complied with her conditions to date. She has maintained a stable residence and steady employment with Moyhe African Hair Braiding in Concord, NC. There are no known incidents to date.

It is recommended that Ms. Zie be allowed to travel to West Africa, as long as she remains in compliance with her terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: May 7, 2018

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge